UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SARKIS OHANIAN,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, ACTING COMMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | No. LA CV17-00794 JAK (FFMx)<br><br>**JUDGMENT**<br><br>**JS-6** |

Pursuant to the Court's October 15, 2018, Order on Defendant's Motion to Dismiss (Dkt. 93),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The above-captioned action is dismissed in its entirety with prejudice; and
2. Each party shall bear his, her or its own attorney's fees, costs and expenses.

IT IS SO ORDERED.

Dated: October 29, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE